

**U.S. Department of Justice**

*United States Attorney*
*District of Montana*

---

Jennifer S. Clark
Assistant U.S. Attorney

PO Box 8329
Missoula, MT 59807

Phone: (406) 542-8851

January 6, 2023

Mr. Gary Welkom
1515 Syler Dr.
PO Box 1332
Condon, Montana 59826

      RE: *United States v. Gary Welkom*, Violation No. F5474301

Dear Mr. Welkom,

This letter is to offer to resolve disposition of the citations you have been issued. In exchange for your guilty plea to Violation Number F5474301, improper food storage, the United States will ask the Court to impose a reduced fine of $50.00, and the mandatory processing fee and special assessment of $40.00 for a total of $90.00. The United States will request the warrant on this citation be quashed. If you agree to this resolution, you may pay the fine and fees as below, and this will conclude the matter and you will not have to make any further payments or appearances.

**If you agree with the terms outlined above, please sign below and return the letter to me. You may go to the Central Violations Bureau website: www.cvb.uscourts.gov and follow the directions to make your payment (online or by mail to Central Violations Bureau, PO Box 780549, San Antonio, TX 78278. Include the ticket number and the CVB location code on your ticket). <u>DO NOT SEND ANY PAYMENT OR FUNDS TO OUR OFFICE.</u> If you need to set up a payment schedule, please contact the district court at 406-542-7260 or by mail at 201 E. Broadway, Missoula, Montana 59802.**

**You should keep a copy of this letter for your records and <u>return the signed original back to this office.</u>** When I receive the letter signed by you, I will make a copy for my records and provide the original to the Court. Please contact me at 406-329-4265 if you have questions about the agreement in this case.

                                       Sincerely,

                                       JESSE A. LASLOVICH
                                       United States Attorney

                                       JENNIFER S. CLARK
                                       Assistant U.S. Attorney

January 6, 2023
Page 2

    I agree to the terms of the agreement outlined above. I also acknowledge that I have a right to personally appear to defend this case and hereby waive that right. Fed. R. Crim. P. 43(b)(2).

*Gary Welkom*
GARY WELKOM